1  LYNN HUBBARD, III, Bar No. 69773
   SCOTTLYNN J. HUBBARD, IV, Bar No. 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 959526
   Telephone:    530.895.3252
4
   Attorneys for Plaintiff
5  LARY FEEZOR

6  RICHARD R. GRAY, Bar No. 071030
   MICHELE Z. STEVENSON, Bar No. 180882
7  LITTLER MENDELSON
   A Professional Corporation
8  2520 Venture Oaks Way, Suite 390
   Sacramento, CA  95833.4227
9  Telephone:    916.830.7200

10 Attorneys for Defendants, KSM CORPORATION
   dba KETTLEMAN CHEVRON, and PROMOD K.
11 TREHAN and MANJU TREHAN, TRUSTEES OF
   THE TREHAN 2004 LIVING TRUST DATED
12 JANUARY 5, 2005

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  LARY FEEZOR, | Case No.  2:08-CV-02865-MCE-EFB |
| 17           Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT** |
| 18      v. | |
| 19  KSM CORP. dba KETTLEMAN CHEVRON; PROMOD K. TREHAN, | [Local Rule 6-142(a)] |
| 20  TRUSTEE OF THE TREHAN 2004 LIVING TRUST DATED JANUARY 5, | |
| 21  2005; and MANJU TREHAN, TRUSTEE OF THE TREHAN 2004 LIVING TRUST | |
| 22  DATED JANUARY 5, 2005, | |
| 23           Defendants. | |

24

25         Pursuant to the provisions of Local Rule 6-142(a), the parties hereby stipulate to

26 extend the time within which Defendants, KSM Corporation dba Kettleman Chevron, and Promod

27 K. Trehan and Manju Trehan, Trustees of the Trehan 2004 Living Trust dated January 5, 2005, may

28 /////

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

PDF created with pdfFactory trial version www.pdffactory.com

file their answer herein up through and including January 15, 2009.  This stipulation will not alter the date of any event or deadline already fixed by Court order.

Respectfully submitted,

Dated:  December 22, 2008

*/s/  Lynn Hubbard (authorized 12/22/08)*
LYNN HUBBARD, III
SCOTTLYNN J. HUBBARD
DISABLED ADVOCACY GROUP, APLC
Attorneys for Plaintiff
LARY FEEZOR

Dated: December 22, 2008

*/s/  Michele Z. Stevenson*
RICHARD R. GRAY
MICHELE Z. STEVENSON
LITTLER MENDELSON
Attorneys for Defendants
KSM CORPORATION DBA KETTLEMAN CHEVRON, AND PROMOD K. TREHAN AND MANJU TREHAN, TRUSTEES OF THE TREHAN 2004 LIVING TRUST DATED JANUARY 5, 2005

**ORDER**

Good cause being shown, it is so Ordered.

DATED: December 23, 2008

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

PDF created with pdfFactory trial version www.pdffactory.com