UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LARRY FEEZOR, | No. 2:08-cv-02865-MCE-EFB |
|     Plaintiff, | |
|   v. | MEMORANDUM AND ORDER |
| KSM CORP. dba KETTLEMAN CHEVRON; et al., | |
|     Defendants. | |

Presently before the Court is the parties' stipulation, pursuant to Local Rule 6-144(a), to extend the time in which Defendants may file an answer to Plaintiffs' Complaint. No cause is provided for this second request and the motion failed to set forth the "total period of extensions already obtained" as required by Local Rule 6-144(b). The request for extension is DENIED.

IT IS SO ORDERED.

Dated: January 15, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com