UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LARY FEEZOR,

      Plaintiff,

  v.

KSM CORP. dba KETTLEMAN CHEVRON; et al.,

      Defendants.

No. 2:08-cv-02865-MCE-EFB

MEMORANDUM AND ORDER

On January 15, 2009, this Court issued an Order denying the parties' second stipulation to extend time to file a responsive pleading. In light of the Court's refusal to approve that second stipulation and the expiration of time allowed for filing under the terms of the Court's December 24, 2008, Order approving the parties' first stipulation, the Court directs Plaintiff to file papers seeking judgment by default within twenty (20) days of this Order.

    IT IS SO ORDERED.

Dated: January 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1