UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,                               No. 2:08-cv-02865-MCE-EFB

      Plaintiff,

  v.                                       MEMORANDUM AND ORDER

KSM CORP. dba KETTLEMAN
CHEVRON; et al.,

      Defendants.

----oo0oo----

    Presently before the Court is Defendants' Ex Parte Application for Leave to File Answer to Complaint Instanter. Defendants argue that excusable neglect justifies an order granting their application.  However, to date, Defendants have failed to explain the contours of that neglect.  Specifically, in their Second Stipulation filed January 14, 2009, the parties provided no cause justifying their request to extend time. Similarly, in Defendants' instant Application, Defendants state only that they "believed" they had filed an Amended Second Stipulation on January 16, but they do not elaborate on the grounds for that belief.

1

1  Moreover, in the interim between this Court's January 16 denial
2  of the parties' actual Second Stipulation and Defendants' current
3  Application, Defendants filed no additional explanation as to why
4  no prior action was taken, nor did Defendants make any effort to
5  inform the Court as to the reasons for their failure to timely
6  file.  Accordingly, there is again no information before the
7  Court on which to base a finding of excusable neglect, and
8  Defendants' Application is DENIED without prejudice.
9       IT IS SO ORDERED.

Dated: February 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE