| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| | SCOTTLYNN J HUBBARD IV, SBN 212970 |
| 2 | LAW OFFICES OF LYNN HUBBARD |
| | 12 Williamsburg Lane |
| 3 | Chico, California 95926 |
| | Telephone: (530) 895-3252 |
| 4 | Facsimile: (530) 894-8244 |
| 5 | Attorneys for Plaintiff |
| 7 | MICHELE STEVENSON, SBN 180882 |
| | LITTLER MENDELSON, PC |
| 8 | 2520 Venture Oaks Way, Suite 390 |
| | Sacramento, California 95833 |
| 9 | Telephone: (916) 830-7200 |
| | Facsimile: (916) 561-0828 |
| 10 | Attorney for Defendants |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. CIV. S-08-02865-MCE-EFB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| KSM CORP. dba KETTLEMAN CHEVRON; PROMOD K. TREHAN, TRUSTEE OF THE TREHAN 2004 LIVING TRUST DATED JANUARY 5, 2005; and MANJU TREHAN, TRUSTEE OF THE TREHAN 2004 LIVING TRUST DATED JANUARY 5, 2005 | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendants, KSM CORP. dba KETTLEMAN CHEVRON; PROMOD K. TREHAN, TRUSTEE OF THE TREHAN 2004 LIVING TRUST DATED JANUARY 5, 2005; and MANJU TREHAN, TRUSTEE OF THE TREHAN 2004 LIVING TRUST DATED JANUARY 5, 2005, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: March 10, 2009				DISABLED ADVOCACY GROUP, APLC


						*/s/ Lynn Hubbard, III*
						LYNN HUBBARD, III
						Attorney for Plaintiff

Dated: March 10, 2009				LITTLER MENDELSON, PC


						*/s/ Michele Stevenson*
						MICHELE STEVENSON
						Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-02865-MCE-EFB, is hereby dismissed with prejudice.

Dated: March 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE